1  Nathan A. Searles (SBN 234315)
2  NASearles@portfoliorecovery.com
   PRA Group
3  140 Corporate Boulevard
4  Norfolk, VA  23502
   (757) 519-9300, Ext 13206
5  (757) 321-2518 (fax)
6
   Attorney for Defendant
7  Portfolio Recovery Associates, LLC
8
9              **IN THE UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| JACQUELINE TAYLOR,  Plaintiff,  v.  PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,  Defendants. | Case No. _____  **DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S NOTICE OF REMOVAL** |

NOTICE OF REMOVAL                                                        1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery Associates, LLC ("PRA") hereby removes the subject action from the Superior Court of California, Orange County, Central Justice Center, to the United States District Court for the Central District of California, on the following grounds:

1. Plaintiff JACQUELINE TAYLOR instituted an action in the Superior Court of California, Orange County, Central Justice Center, on September 15, 2015, Case number 30-2015-00809495-CU-PO-CJC ("Complaint"). A copy of the Complaint is attached hereto as **Exhibit A.** Defendant was personally served on September 22, 2015.

2. Plaintiff's Complaint did not name PRA as Defendant in the factual allegations. *See* Complaint, ¶7. Counsel for Defendant notified Plaintiff's counsel that PRA was not named in the factual allegations of the Complaint on October 13, 2015. A copy of the email and response is attached hereto as **Exhibit B.**

3. Plaintiff filed a First Amended Complaint on October 23, 2015 ("FAC"). A copy of the FAC is attached hereto as **Exhibit C.** Defendant was served with the First Amended Complaint on October 23, 2015.

4. The state action is scheduled for a Case Management Conference on January 5, 2016.

5. Plaintiff's FAC alleges a violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA"). See FAC ¶¶ 19-30 and ¶¶ 34-37.

6. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the TCPA which supplies this federal question.

7. Pursuant to 28 U.S.C. §1441, *et seq.*, this cause may be removed from the Superior Court of California, Orange County, Central Justice Center, to the United States District Court for the Central District of California.

///

1  8. Notice of this removal will promptly be filed with the Superior Court of
2 California, Orange County, Central Justice Center, and served on all adverse parties.
3  WHEREFORE, Defendant Portfolio Recovery Associates, LLC, by counsel,
4 removes the subject action from the Superior Court of California, Orange County,
5 Central Justice Center, to the United States District Court for the Central District of
6 California.

7 Dated:  October 30, 2015            Respectfully submitted,

8                                                         PORTFOLIO RECOVERY ASSOCIATES, LLC

10                                                         */s/ Nathan A. Searles*
11                                                         Nathan A. Searles (SBN 234315)
                                                          NASearles@portfoliorecovery.com
12                                                         PRA Group
13                                                         140 Corporate Boulevard
                                                          Norfolk, VA  23502
14                                                         (757) 519-9300, Ext 13206
15                                                         (757) 321-2518 (fax)

16                                                         Attorney for Defendant
                                                          Portfolio Recovery Associates, LLC

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

On October 30, 2015, I served true copies of the foregoing document described as **DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S NOTICE OF REMOVAL,** on the interested parties in this action, addressed as follows:

Joseph R. Manning, Jr., Esquire
Michael J. Manning, Esquire
Phillip B. Nghiem, Equire
MANNING LAW OFFICE, APC
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
T: (949) 200-8755
F: (866) 843-8308
Attorneys for Plaintiff, Jacqueline Taylor

☒ Via U.S. First Class Mail:

I am readily familiar with the company's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on October 30, 2015.

_____
Sonia Gomez, Paralegal
PRA Group

NOTICE OF REMOVAL