ACCO,(DFMx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:15-cv-01768-JLS-DFM

Jacqueline Taylor v. Portfolio Recovery Associates LLC
Assigned to: Judge Josephine L. Staton
Referred to: Magistrate Judge Douglas F. McCormick
Case in other court:  Orange County Superior Court, 30-
        02015-00809495
Cause: 28:1442 Notice of Removal

Date Filed: 10/30/2015
Date Terminated: 11/20/2015
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Jacqueline Taylor**                    represented by **Joseph Richard Manning , Jr**
Law Offices of Joseph R Manning Jr APC
4667 MacArthur Boulevard Suite 150
Newport Beach, CA 92660
949-200-8755
Fax: 866-843-8308
Email: info@manninglawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Manning**
Law Offices of Joseph Mannin Jr APC
4667 MacArthur Boulevard Suite 150
Newport Beach, CA 92660
949-200-8755
Fax: 866-843-8308
Email: mike@manninglawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Bao Nghiem**
The Law Offices of Joseph R Manning Jr APC
4667 MacArthur Boulevard Suite 150
Newport Beach, CA 92660
949-877-3471
Fax: 866-843-8308
Email: philn@manninglawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Portfolio Recovery Associates LLC**
*a Delaware limited liability company*

represented by **Nathan Andrew Searles**
Portfolio Recovery Associates
Office of General Counsel
140 Corporate Boulevard
Norfolk, VA 23502
757-519-9300 x 13206
Fax: 757-321-2518
Email: nasearles@portfoliorecovery.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2015 | 1 | NOTICE OF REMOVAL Receipt No: 0973-16705328 - Fee: $400. (Attachments: # 1 Exhibit Ex A -State Complaint, # 2 Exhibit Ex B -Email to oc, # 3 Exhibit Ex C- First Amended Complaint (state)) (Attorney Nathan Andrew Searles added to party Portfolio Recovery Associates LLC(pty:dft))(Searles, Nathan) (Entered: 10/30/2015) |
| 10/30/2015 | 2 | CIVIL COVER SHEET filed by Defendant Portfolio Recovery Associates LLC. (Searles, Nathan) (Entered: 10/30/2015) |
| 10/30/2015 | 3 | Certification & Notice of Interested Parties of Interested Parties filed by Defendant Portfolio Recovery Associates LLC, identifying PRA Group, Inc.. (Searles, Nathan) (Entered: 10/30/2015) |
| 10/30/2015 | | COMPLAINT against defendants Does, Portfolio Recovery Associates LLC. (FILED IN ORANGE COUNTY SUPERIOR COURT attached as an exhibit) Jury Demand., filed by plaintiff Jacqueline Taylor. (twdb) (Entered: 11/02/2015) |
| 10/30/2015 | | FIRST AMENDED COMPLAINT against defendants Does, Portfolio Recovery Associates LLC amending Complaint - (Discovery)NON CONFORMED COPY attached as an exhibit, filed by plaintiff Jacqueline Taylor(twdb) (Entered: 11/02/2015) |
| 11/02/2015 | 4 | NOTICE OF ASSIGNMENT to District Judge Josephine L. Staton and Magistrate Judge Douglas F. McCormick. (twdb) (Entered: 11/02/2015) |
| 11/02/2015 | 5 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (twdb) (Entered: 11/02/2015) |
| 11/04/2015 | 6 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON. (tg) (Entered: 11/04/2015) |
| 11/20/2015 | 7 | CONDITIONAL TRANSFER ORDER (CTO-74) from the Judicial Panel on Multidistrict Litigation MDL No. 2295 transferring case to Southern District of California and assigned to the Honorable John A. Houston on 11/20/15. Case electronically transferred. (MD JS-6. Case Terminated.) (twdb) (Entered: |

|  |  | 11/20/2015) |
| --- | --- | --- |
| 11/20/2015 | 8 | Transfer Out Transmittal Letter MDL Case Transfer Out: A certified copy of MDL Transfer Order with Docket Sheet electronically transferred to USDC Southern District of California on 11/20/15 (11/20/15 is the present date). (twdb) (Entered: 11/20/2015) |

I hereby attest and certify on 11/20/2015 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1226