UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:15-cv-01768-JLS-DFM				Date: March 01, 2024
Title:  Jacqueline Taylor v. Portfolio Recovery Associates LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**  (IN CHAMBERS)  **ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Following a years-long multidistrict litigation, MDL 2295, in the Southern District of California, this action was remanded to this Court on December 29, 2023.  (*See* Notice of Transfer, Doc. 10; Conditional Remand Order, Doc. 11.)  The Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation state that "[u]pon receipt of an order to remand from the Clerk of the Panel, the parties shall furnish forthwith to the transferee district clerk a stipulation or designation of the contents of the record or part thereof to be remanded."  JPML R. 10.4(a).  To date, the parties have not complied with that rule or provided the Court with any indication that they intend to litigate this action further.  The Court ORDERS the parties to show cause why the action should not be dismissed for failure to prosecute.  The parties shall respond in writing, in the form of a joint status report not to exceed three (3) pages.  The response is due **five (5) days** from the issuance of this order.  In the alternative, the designation of the contents of the record, in accordance with Rule 10.4(a), shall also serve to discharge this order to show cause.

Initials of Deputy Clerk: cr