JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:15-cv-01768-JLS-DFM                                      Date: March 20, 2024
Title:  Jacqueline Taylor v. Portfolio Recovery Associates, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION WITH PREJUDICE**

    On March 1, 2024, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  (Order to Show Cause ("OSC"), Doc. 12.)  The action was remanded to this Court from multi-district litigation in the Southern District of California, MDL 2295, but Plaintiff never filed the underlying MDL record as required following remand.  (*Id.*)  Plaintiff also failed to respond to the Court's OSC.  Instead, the Court received a notice of non-opposition to dismissal of the matter, filed by Defendant, representing that, "pursuant to settlement between the parties," Defendant did not oppose the Court dismissing the action.  (Notice, Doc. 14.)  Based on Plaintiff's failure to respond to the OSC, Plaintiff's lack of prosecution of the action following remand, Defendant's non-opposition to dismissal, and the representation that there is a settlement between the parties, the Court DISMISSES THE ACTION WITH PREJUDICE.  *See* Fed. R. Civ. P. 41(b) (dismissal for failure to prosecute "operates as an adjudication on the merits").

                                                      Initials of Deputy Clerk: cr